UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TULLEY ARCHITECT, INC., <br> Plaintiff, <br> v. <br> JEANNIE SHIN, <br> Defendant. | Case No. 21-cv-00619-AGT <br><br> **ORDER ON MOTION TO DISMISS** <br> Re: Dkt. No. 83 |

Jeannie Shin's opposition to third-party defendant TEF Architecture and Interior Design, Inc.'s motion to dismiss relies heavily on information that Shin didn't include in her third-party complaint. The Court won't consider this information. Looking only at Shin's third-party complaint (dkt. 73), the Court concludes that Shin's allegations against TEF are too conclusory to support Shin's claims for relief. TEF's motion to dismiss is granted with leave to amend. On or before February 7, 2023, Shin may file an amended third-party complaint.

**IT IS SO ORDERED.**

Dated: January 23, 2023

Alex G. Tse
United States Magistrate Judge