DONALD J. PUTTERMAN (SBN 90822)
E-mail: *dputterman@plylaw.com*
DANNIELLE M. CAMPBELL (SBN 303204)
E-mail: *dcampbell@plylaw.com*
PUTTERMAN | YU | WANG LLP
345 California Street, Suite 1160
San Francisco CA 94104-2626
Tel: (415) 839-8779
Fax: (415) 737-1363

Attorneys for Plaintiff
JENNIFER TULLEY ARCHITECT, INC.

DONALD A. THOMPSON (SBN 260076)
E-mail: *don@tco.law*
THOMPSON & CO.
595 Pacific Ave., 4th Floor
San Francisco, CA 94133
Telephone: (415) 506-8105

Attorney for Defendant
JEANNIE SHIN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER TULLEY ARCHITECT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JEANNIE SHIN, an Individual; JEANNIE SHIN, as Trustee of the Jeannie J. Shin Separate Property Trust dated April 20, 2017, amended September 15, 2017,<br><br>    Defendant. | Case No. 3:21-CV-619-AGT<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** as modified by the Court |

STIPULATED REQUEST FOR ORDER CHANGING TIME                              CASE NO. 3:21-CV-619-AGT

1  WHEREAS, the Court recently denied Plaintiff's motion to dismiss its claims without prejudice
2  and ordered the parties to appear at a joint case management conference on April 12, 2024 at 3 pm (ECF
3  Nos. 151 & 152);
4  WHEREAS, at that time, Defendant's attorney will be on a flight for a previously scheduled
5  vacation that is set to last through April 22, 2024;
6  WHEREAS, the Court is not available from April 30, 2024 through May 8, 2024;
7  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to
8  continue the joint case management conference from April 12, 2024 at 3 pm to ~~May 10, 2024~~ **May 17, 2024** at 2 pm,
9  and the joint case management statement shall be due on ~~May 3, 2024.~~ **May 10, 2024**

Respectfully submitted,

Dated: April 4, 2024              PUTTERMAN | YU | WANG LLP

                                  By: /s/_____
                                      DONALD J. PUTTERMAN
                                      Attorneys for Plaintiff
                                      JENNIFER TULLEY ARCHTECT, INC.

Dated: April 4, 2024              THOMPSON & CO.

                                  By: /s/_____
                                      DONALD A. THOMPSON
                                      Attorney for Defendant
                                      JEANNIE SHIN

                                  Pursuant to Civil L.R. 5-1(h), I attest that the other
                                  above named signatory has concurred in this filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2024              _____
                                  ALEX G. TSE
                                  United States Magistrate Judge